# Third District Court of Appeal

## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1178
Lower Tribunal No. 21-26122
_____

**3003 Indian Creek RR, LLC,**
Appellant,

vs.

**Alfredo Arias,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

David J. Winker, P.A., and David J. Winker, for appellant.

Twig, Trade & Tribunal, PLLC, and Morgan L. Weinstein (Ft. Lauderdale), for appellee.

Before LINDSEY, MILLER, and BOKOR, JJ.

PER CURIAM.

Appellant appeals an order dismissing this action for failure to effectuate service of process pursuant to Florida Rule of Civil Procedure 1.070(j). A hearing was held prior to entry of the order dismissing, yet there is no transcript of that hearing in the record before us. "An appellant has the burden to present a record that will overcome the presumption of the correctness of the trial court's findings." Zarate v. Deutsche Bank Nat'l Trust Co., 81 So. 3d 556, 557 (Fla. 3d DCA 2012); see also Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla.1979) (affirming because the record brought forward by the appellant was inadequate to demonstrate reversible error). Here, Appellant has failed to demonstrate reversible error. Accordingly, we affirm.

Affirmed.